IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN DeVON, | 1:07-cv-01727-AWI-GSA-PC |
|     Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 32.) |
|   vs. | |
| DIAZ, et al., | ORDER FOR THIS ACTION TO PROCEED ON THE FIFTH AMENDED COMPLAINT AGAINST DEFENDANTS ATKINS AND CARLSON, ON PLAINTIFF'S EIGHTH AMENDMENT MEDICAL CLAIM, AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS FOR FAILURE TO STATE A CLAIM |
|     Defendants. | ORDER REFERRING CASE BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |

Alan DeVon ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 29, 2011, findings and recommendations were entered, recommending that this action proceed with the Fifth Amended Complaint filed on April 25, 2011, on Plaintiff's Eighth Amendment medical claim found cognizable by the Court against defendants Atkins and Carlson, and that all other claims and defendants be dismissed for failure to state a claim. (Doc. 32.)

1

Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days.  To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 29, 2011, are ADOPTED in full;

2. This action now PROCEEDS with the Fifth Amended Complaint filed on April 25, 2011, on Plaintiff's Eighth Amendment medical claim found cognizable by the Court against defendants Atkins and Carlson;

3. All remaining claims and defendants are DISMISSED, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983;

4. Plaintiff's claims, if any, for supervisory liability are DISMISSED from this action, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983;

5. Defendants Fouch, Davis, and Prudhomme are DISMISSED from this action based on Plaintiff's failure to state any claims upon which relief may be granted against them under § 1983;

6. The Clerk is DIRECTED to:

    (1) Reflect on the docket the dismissal of defendants Fouch, Davis, Prudhomme, Beeler, and Perez from this action, and

    (2) Add defendants Lieutenant T. Atkins and Nurse Carlson to the docket; and

///

///

2

7. This action is REFERRED back to the Magistrate Judge for further proceedings, including initiation of service.

IT IS SO ORDERED.

Dated: June 30, 2011

CHIEF UNITED STATES DISTRICT JUDGE