1
2
3
4
5
6
7
8         **UNITED STATES DISTRICT COURT**

9            EASTERN DISTRICT OF CALIFORNIA

10

11 ALAN DeVON,                  1:07-cv-01727-AWI-GSA-PC

12              Plaintiff,      ORDER REQUIRING PLAINTIFF TO FILE
                              OPPOSITION OR STATEMENT OF NON-

13   v.                     OPPOSITION TO DEFENDANTS AKIN AND
                              CARLSON'S MOTION TO DISMISS WITHIN

14 DIAZ, et al.,                THIRTY DAYS

15             Defendants.     (Doc. 41.)
  _____/

16

17       On October 18, 2011, defendants Akin and Carlson ("Defendants") filed a motion to dismiss.

18 (Doc. 41.)  Plaintiff was required to file an opposition or a statement of non-opposition to the motion

19 within twenty-one days, but has not done so.  Local Rule 230(l).

20       Local Rule 230(l) provides that the failure to oppose a motion "may be deemed a waiver

21 of any opposition to the granting of the motion..." The court will deem any failure to oppose

22 Defendants' motion to dismiss as a waiver, and recommend that the motion be granted on that

23 basis.

24       Failure to follow a district court's local rules is a proper grounds for dismissal. U.S. v.

25 Warren, 601 F.2d 471, 474 (9th Cir. 1979). Thus, a court may dismiss an action for plaintiff's

26 failure to oppose a motion to dismiss, where the applicable local rule determines that failure to

27 oppose a motion will be deemed a waiver of opposition. See Ghazali v. Moran, 46 F.3d 52 (9th

28 Cir. 1995), cert. denied 516 U.S. 838 (1995) (dismissal upheld even where plaintiff contends he

did not receive motion to dismiss, where plaintiff had adequate notice, pursuant to Fed. R. Civ. P. 5(b), and time to file opposition); cf. <u>Marshall v. Gates</u>, 44 F.3d 722, 725 (9th Cir. 1995); <u>Henry v. Gill Industries, Inc.</u>, 983 F.2d 943, 949-50 (9th Cir. 1993) (motion for summary judgment cannot be granted simply as a sanction for a local rules violation, without an appropriate exercise of discretion).

Accordingly, within thirty days of the date of service of this order, Plaintiff shall file an opposition or statement of non-opposition to the motion to dismiss filed by Defendants. If Plaintiff fails to comply with this order, the Court will deem the failure to respond as a waiver, and recommend that the motion be granted on that basis.


IT IS SO ORDERED.

**Dated:**   **April 5, 2012**        **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE